UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MULTITRACKS, LLC, A TEXAS LIMITED LIABILITY COMPANY; *Plaintiff* § § § § | |
| | §   No.  1:21-CV-00645-LY |
| v. § § | |
| SHALON PALMER, AN INDIVIDUAL; AND  WORSHIP ONLINE INC., A WYOMING CORPORATION; *Defendants* § § § § § § | |

# ORDER

Before the Court is Defendants Shalon Palmer and Worship Online, Inc.'s (collectively, "Worship Online") Motion to Compel, Dkt. 48. Worship Online seeks to compel Plaintiff MultiTracks, LLC to respond to various requests for production (Dkt. 48-6) and interrogatories (Dkt. 48-5). Dkts. 48-1, 56. In particular, Worship Online's motion seeks (1) documents responsive to RFPs 2, 8-10, 12, 14, 16-19, and 23-29; (2) a privilege log detailing any documents Worship Online has withheld pursuant to the attorney-client privilege or work-product doctrine; and (3) a response to its Interrogatory No. 12. *See* Dkt. 48-2. The District Court referred the motion to the undersigned for disposition, Dkt. 49, and the undersigned set the motion for hearing, Dkt. 51. The order setting the motion for hearing instructed the parties to confer prior to the hearing in an effort to narrow the disputes identified. *Id.* The parties' advisory indicated they had reached agreement on some of the matter raised in the motion. Dkt. 56. The undersigned took up the remaining issues

1

identified in the advisory during the hearing held on February 13, 2023. For the reasons stated on the record during that hearing, the Court **GRANTS** Worship Online's motion on the remaining issues, Dkt. 48, and **ORDERS** as follows:

<u>MultiTracks' internal communications regarding Worship Online (RFP 2)</u>: The Court orders MultiTracks to produce responsive, non-privileged communications generated through November 30, 2020.

<u>Licenses (RFPs 16, 17, 19)</u>: The Court orders MultiTracks to produce copies of the licenses responsive to RFPs 16, 17, and 19.

<u>MultiTracks' financial information (RFPs 18, 26)</u>: The Court orders MultiTracks to produce the materials responsive to RFPs 18 and 26.

<u>Damages information (Rog 12)</u>: The Court orders MultiTracks to respond to Interrogatory No. 12.

<u>Agreed production (Rog 6 and RFP 27)</u>: At the hearing, the parties indicated MultiTracks had agreed to produce responses and materials responsive to Worship Online's Interrogatory No. 6 ("all facts concerning, and describe in detail, how Plaintiff 'modifies and enhances' master recordings," Dkt. 48-5, at 6), and RFP 27 ("All organizational charts or diagrams concerning the relationships between Plaintiff and any other entities under common ownership with Plaintiff, from January 2014 to the present," Dkt. 48-6, at 12), but that MultiTracks had not yet produced the responsive materials. The Court orders MultiTracks to produce these materials by the same March 16, 2023, deadline stated below.

To the extent MultiTracks chooses to withhold any materials or responses pursuant to the attorney-client privilege or work-product doctrine, MultiTracks shall produce a privilege log as required by Federal Rule of Civil Procedure 26(b)(5). Moreover, as the parties should already know, MultiTracks may invoke the applicable provisions of the parties' agreed protective order, Dkt. 55, to protect the confidentiality of any materials ordered to be produced here.

The Court **ORDERS** that MultiTracks serve the above materials on Worship Online on or before March 16, 2023.

SIGNED February 14, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE